PROB 12C
(6/16)

Report Date:  March 20, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 20, 2026

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rachel Rosetta Thompson                    Case Number: 0980 2:25CR00145-MKD-1

Address of Offender: ████████████████         Spokane, Washington 99217

Name of Sentencing Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: May 1, 2024

| | |
|---|---|
| Original Offense: | Transportation of Certain Aliens and Aiding and Abetting, 8 U.S.C. § 1324(a)(1)(A) (ii), (v)(II) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 30 days TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: May 1, 2024 |
| Defense Attorney: | Nathan Poston | Date Supervision Expires: April 30, 2027 |

## PETITIONING THE COURT

To **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported o the Court on 10/06/2025, 12/19/2025, and 01/12/2026.

On May 9, 2024, Ms. Thompson's conditions of supervised release were reviewed with her by the probation officer and she signed said conditions acknowledging an understanding of her conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 14 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Ms. Thompson is alleged to have violated the above-stated condition on or about March 19, 2026, by failing to report to the U.S. Probation Office as directed.

On March 17, 2026, Ms. Thompson sent the undersigned a text message advising she had missed her substance use disorder assessment at Pioneer Human Services (PHS) the day prior due to illness. The undersigned responded several hours later asking a follow-up question to which Ms. Thompson immediately replied.

On March 18, 2026, the undersigned again replied to the text message with reporting instructions at 9:30 a.m., on March 19, 2026.

On March 19, 2026, at approximately 9:38 a.m., the undersigned received a call from PHS reporting a change in Ms. Thompson's appointment time, but they were unable to reach her. At approximately 9:44 a.m., the undersigned called Ms. Thompson. The phone rang several

Prob12C
**Re: Thompson, Rachel Rosetta**
**March 20, 2026**
**Page 2**

times then was answered without a sound. The undersigned stated who was calling, whom the call was for (Ms. Thompson), and that if Ms. Thompson did not report to the undersigned by 12 p.m., that day a warrant would be requested. The phone line immediately went dead following that statement.

At the time of this petition, Ms. Thompson has not reported to the undersigned as directed, nor has she made any effort to contact the undersigned. As such her whereabouts are unknown and she has made herself unavailable for supervision.

**Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Thompson is alleged to have violated the above-stated condition on or about March 16, 2026, by failing to report for urinalysis (UA) testing as directed.

On March 4, 2026, the undersigned spoke with Ms. Thompson on the telephone and directed her to begin regular UA testing on March 5, 2026, by contacting PHS's UA hotline and testing when "Brown 1" is called. A total of three random tests per month.

On March 16, 2026, PHS called "Brown 1" for testing. According to PHS, on March 17, 2026, Ms. Thompson failed to report for testing as directed. Ms. Thompson did not contact the undersigned to provide notice or explanation of this missed UA test.

The U.S. Probation Office respectfully recommends the Court to issue a **warrant** and incorporate the violations contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | 03/20/2026 |
| | s/Nicolas Olson |
| | Nicolas Olson
U.S. Probation Officer |

### THE COURT ORDERS

[  ]  No Action
[x]  The Issuance of a Warrant
[  ]  The Issuance of a Summons
[x]  The incorporation of the violations contained in this petition with the other violations pending before the Court.
[  ]  Defendant to appear before the Judge assigned to the case.
[x ]  Defendant to appear before the Magistrate Judge.

_____
Signature of Judicial Officer

March 20, 2026
_____
Date